| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) GARBIS, MARVIN J. | 2. Court or Organization DISTRICT OF MARYLAND | 3. Date of Report 07/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

CHAMBERS 5 C
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, DEAN'S ADVISORY BOARD | UNIVERSITY OF BALTIMORE LAW SCHOOL |
| 2. MEMBER, EXECUTIVE COMMITTEE | INTERNATIONAL JUDICIAL ACADEMY |
| 3. DIRECTOR | SAUL ZAENTZ CHARITABLE FOUNDATION |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. ONGOING | THOMSON (WEST SERVICES, INC.) WITH HON. RONALD RUBIN AND ESTATE OF PARICIA MORGAN, ROYALTIES PAID AUTHORS OF CASEBOOK |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. VARIOUS | IRA DISTRIBUTION | $79,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN BAR ASSOCIATION, TAX SECTION | JANUARY 29-31 | HOUSTON, TEXAS | FACULTY, LITIGATION PROGRAM | TRAVEL, LODGING, MEALS |
| 2. | SAUL ZAENTEZ CHARITABLE FOUNDATION | MARCH 17-19 | SAN FRANCISCO, CALIFORNIA | MEETING, CHARITABLE FPOUNDATION | TRAVEL, LODGING, MEALS |
| 3. | AMERICAN BAR ASSOCIATION, TAX SECTION | JULY 28-29 | WASHINGTON, D.C. | FACULTY, LITIGATION PROGRAM | TRAVEL, LODGING, MEALS |
| 4. | SAUL ZAENTZ CHARITABLE FOUNDATION | AUGUST 19 21 | SAN FRANCISCO, CALIFORNIA | MEETING, CHARITABLE FOUNDATION | TRAVEL, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| **GARBIS, MARVIN J.** | 07/10/2016 |

| 5. | AMERICAN BAR ASSOCIATION, TAX SECTION | OCTOBER 8-9 | WASHINGTON, D.C. | FACULTY, LITIGATION PROGRAM | TRAVEL, LODGING, MEALS |
|---|---|---|---|---|---|
| 6. | AMERICAN BAR ASSOCIATION | DECEMBER 8-11 | LAS VEGAS, NEVADA | FACULTY, LITIGATION PROGRAM | TRAVEL, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PERSONALLY OWNED (HEADER) | | | | | | | | | |
| 2. M & T CHECKING | A | Interest | J | T | | | | | |
| 3. BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. IRA (HEADER) | | | | | | | | | |
| 6. ROYCE FUND PENNSYLVANIA RYPCX | A | Dividend | K | T | Sold (part) | 02/17/15 | J | A | |
| 7. | | | | | Sold (part) | 02/18/15 | K | A | |
| 8. | | | | | Sold (part) | 05/21/15 | J | A | |
| 9. BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 10. CLEARBRIDGE SPECIAL INVESTMENT LMSAX | A | Dividend | | | Sold | 02/17/15 | K | A | |
| 11. LEGG MASON CAP MANAGEMENT OPPORTUNITY LMOPX | A | Dividend | M | T | Sold (part) | 05/29/15 | K | A | |
| 12. | | | | | Sold (part) | 08/07/15 | K | A | |
| 13. | | | | | Sold (part) | 10/01/15 | K | A | |
| 14. FED INT SMALL MID CAPITAL FD ISCAX | A | Dividend | L | T | | | | | |
| 15. COMPUGEN CGEN | A | Dividend | | | Sold | 10/01/15 | J | A | |
| 16. PRUDENTIAL INV. JENNISON EQUITY INCOME JEIBX | A | Dividend | L | T | Sold (part) | 05/29/15 | J | A | |
| 17. PRUDENTIAL INV. JENNISON 20/20 FOCUS PTWBX | A | Dividend | L | T | Sold (part) | 05/29/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FEDERATED EQUITY RIMAX (INTERCONTINENTAL) | A | Dividend | J | T | | | | | |
| 19. PUTNAM CAPITAL SPECTRUM CL B PVSBX | A | Dividend | L | T | | | | | |
| 20. PRINCIPAL SMALL MID CAP DIVIDEND INCOME CL A PMDAX | A | Dividend | L | T | | | | | |
| 21. MILLER INCOME OPPTY LMCJX | A | Dividend | L | T | | | | | |
| 22. FEDERATED INT LEADERS FGFAX | A | Dividend | L | T | Buy | 05/29/15 | L | | |
| 23. HARTFORD GROWTH OPPTYS CL A HGOAX | A | Dividend | L | T | Buy | 08/07/15 | K | | |
| 24. | | | | | Buy (add'l) | 10/13/15 | K | | |
| 25. DEARBORN PARTNERS RISING DIVIDEND CL A DRDAX | A | Dividend | K | T | Buy | 02/18/15 | L | | |
| 26. | | | | | | | | | |
| 27. SPOUSE OWNED (HEADER) | | | | | | | | | |
| 28. M & T CHECKING | A | Interest | J | T | | | | | |
| 29. VANGUARD INSTITUTIONAL INDEX FUND | A | Dividend | N | T | | | | | |
| 30. HARBOR CAPITAL APPRECIATION | A | Dividend | N | T | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 07/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARVIN J. GARBIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544